126/ *Bagley vs Baldwin*

*Baldwin Jun^r ads* }
*Bagley* }    In Error.

The Deft by W. A. Fletcher his Attorney, moves the court that the writ of Error in this case be quashed on the ground that said Writ was issued without an allowance by a Judge &c as required by Law—

FLETCHER

Supreme Court    *A. Bagley vs E. Baldwin J^r*
Filed Dec 14. 1831

Sup. Court
*Amasa Bagley— vs* }
*Ezra Baldwin Jun^r* }    of the term of May 1829

The said Amasa Bagley by Daniel LeRoy his Attorney comes into Court and says that in the record and proceedings in this cause and also in giving the Judgment aforesaid there is manifest error in this to wit that the plea or avowry aforesaid if there was any and the matters therein contained are not sufficient in law for the said Ezra Baldwin Jun^r and that no Judgment could be given thereon for him because the same was not signed by him or any other person for him as his attorney.

There is also error in this that no issue was Joined in this cause when the Judgment therein was given

Also in this to wit   In overuling the Motion for repleader— and also in this that there is no Record of said judgment signed by any Judge or Clerk

And also in this that by the record aforesaid it appears, that the Judgment aforesaid in form aforesaid was given for said Ezra, against said Amasa whereas by the law of the land the said Judgment ought to have been given for said Amasa against said Ezra— And said Amasa prays that the Judgment aforesaid for the Errors aforesaid and other errors in the record and proceedings aforesaid may be reversed annulled and altogether held for nothing and that he may be restored to all things which he hath lost by occasion thereof

LE ROY Atty for plff

*Ezra Baldwin Jun^r ads. Amasa Bagley*    Filed in open Court
Dec. 4. 1832

*Ezra Baldwin Jun^r ads.* }    Supreme Court
*Amasa Bagley* }        · December term A.D. 1832.

And the said Ezra Baldwin Jun^r comes and says that the said Amasa Bagley ought not to have or maintain his writ of error aforesaid against him the said Ezra Baldwin Jun^r because he says that the writ of error aforesaid was not sued out by the said Amasa Bagley and duly served upon him the said Ezra within one year next